Commonwealth, Appellant, *v.* Shaler Township.

Argued April 9, 1974. *Eric Pearson,* Special Assistant Attorney General, for Commonwealth, appellant; *Ralph H. German,* with him *Houston, Cooper, Speer & German,* for appellee.

Judgment affirmed.

Commonwealth *v.* Silverman, Appellant.

Argued April 10, 1974. *Marjorie H. Matson,* for appellant; *John G. Alford,* Assistant District Attorney, with him *Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.